No. 95–823. EMPLOYERS RESOURCE MANAGEMENT CO., INC., ET AL. *v.* SHANNON, COMMISSIONER, STATE CORPORATION COMMISSION OF VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–825. GROGAN *v.* TAYLOR, DBA ROCKY MOUNTAIN PLATEAU. Sup. Ct. Colo. Certiorari denied.

No. 95–827. GROSS *v.* CHEVROLET COUNTRY, INC. Sup. Ct. Miss. Certiorari denied.

No. 95–844. M. BIANCHI OF CALIFORNIA *v.* PERRY, SECRETARY OF DEFENSE. C. A. Fed. Cir. Certiorari denied.

No. 95–850. EL-ATTAR *v.* MISSISSIPPI STATE UNIVERSITY ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–868. DARLAK *v.* COLUMBUS-AMERICA DISCOVERY GROUP, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–882. KELLY *v.* TREE FARM DEVELOPMENT CORP. ET AL. Sup. Ct. Fla. Certiorari denied.

No. 95–919. UNITED STATES EX REL. PAUL *v.* PARSONS, BRINKERHOFF, QUADE & DOUGLAS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–971. CONNELL *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–988. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–998. JOHNSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1014. KEOGH ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 95–5407. TIMBERLAKE *v.* LAMER, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.